UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MCCARTER, JEAN,
MCCARTER, DENNIS,
CZECHOWICZ, MARJORIE,
CZECHOWICZ, THOMAS W.,
MUCK, JAMES J.,
MUCK, SHERRY,
DUDDLESTON, WAYNE C.,
DUDDLESTON, JEAN M.,

       Plaintiffs,                                            Case No.  07-C-0206-C

      v.

RETIREMENT PLAN FOR THE DISTRICT
MANAGERS OF THE AMERICAN FAMILY
INSURANCE GROUP, RETIREMENT PLAN FOR
EMPLOYEES OF AMERICAN FAMILY
INSURANCE GROUP and AMERICAN FAMILY
MUTUAL INSURANCE COMPANY,

       Defendants.

## MOTION TO STRIKE THE AFFIDAVIT OF ANDREW L. ORINGER

The defendants in this action by their attorneys, GODFREY & KAHN, S.C., hereby move this Court for an order striking the Affidavit of Andrew L. Oringer submitted to the Court by the Plaintiffs on October 17, 2008.

The Defendants submit this motion pursuant to the authority cited in—and for the reasons set forth in—their accompanying Reply Brief in Support of their Revised Statement of Fees and Costs.  The Affidavit of Andrew L. Oringer inappropriately introduced putative expert testimony on matters of law, not matters of fact, and did so without any approval from this Court and without any notice whatsoever to the Defendants.

Dated: October 27, 2008.

GODFREY & KAHN, S.C.


By:  *s/ Kendall W. Harrison*
     Todd G. Smith
     Kendall W. Harrison
     Adam C. Briggs

Attorneys for Defendants

P.O. ADDRESS:
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Phone: 608-257-3911
Fax: 608-257-0609
kharrison@gklaw.com


3285720_1